STATE of Missouri, Respondent,

v.

Sylvester ADDISON, Appellant.

No. WD 39026.

Missouri Court of Appeals,
Western District.

July 14, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct 13, 1987.

Sean O'Brien, Public Defender, Jo Ann Arnold, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Defendant appeals jury trial convictions of robbery in the first degree, § 569.020 RSMo 1978, and armed criminal action, § 571.015 RSMo Supp.1984, and sentence as a prior offender to consecutive ten- and three-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Bennie L. JOHNSON, a/k/a Bennie Hill, Appellant.

No. WD 38669.

Missouri Court of Appeals,
Western District.

July 14, 1987.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 1, 1987.

Application to Transfer Denied
Oct. 13, 1987.

Sean D. O'Brien, Public Defender, S. Dean Price, Asst. Public Defender, Kansas City, for appellant.

William Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before GAITAN, P.J., and
SHANGLER and MANFORD, JJ.

ORDER

PER CURIAM.

Appeal from jury trial conviction of robbery in the first degree, § 569.020 RSMo 1978, and sentence to a fifteen-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).